843 A.2d 1222

·Roger PHILLIPS, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE,
et. al., Pennsylvania Department of Corrections, et.
al., Appellees.**

Supreme Court of Pennsylvania.

Feb. 2, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of February, 2004, the order appealed is affirmed.